No. 63556.—Castlecliff, Inc. *v.* United States, protest 59/18454 (New York).

Opinion by OLIVER, C. J. In accordance with oral stipulation of counsel that the merchandise consists of imitation semiprecious stones, the claim of the plaintiff was sustained.

No. 63557.—20th Century Fox Film Corp. et al. *v.* United States, protests 58/23298, etc. (Los Angeles).

Opinion by OLIVER, C. J. The protests were dismissed.

No. 63558.—Crown Crystal Importing Co. et al. *v.* United States, protests 59/3, etc. (New York).

Opinion by OLIVER, C. J. The protests were dismissed.

No. 63559.—Adrian Taron et al. *v.* United States, protests 59/5307(B), etc. (Los Angeles).

Opinion by OLIVER, C. J. The protests were dismissed.